Saturday, August 16, 2014

To the Tennessee Secretary of State;
The Honorable Tre Hargett.

The enclosed copies of the Shelby County Election Commission computer transactions, that occurred between January 31, 2000 until March 27, 2012, proves voter fraud.

The Shelby County Election Commission allowed person or persons to alter voting ID numbers pertaining the voting rights of this complainant, Earlie, aka Earley Story.

False felony identification numbers were entered into the Election Commission computer data system purporting that the Tennessee Offender Management Information System had assigned felony numbers to this writer Earlie Story.

The dates the false entries were made are January 31, 2000, April 26 2002 and October 19, 2004.
Records also show that these officials sent an additional false felony number to the Tennessee Bureau of Investigation on August 8, 1997.

The responsible public officials, for felony numbers 148032 and 365790 were employees at the Shelby County Courts and the Shelby County Election Commission.
The responsible public officials for felony number 549053 were employees from the Shelby County Courts and employees of the Tennessee Bureau of Investigation.

Shelby County Criminal Court Clerks, Kevin Key, Richard DeSaussure, Election Commissioner, Chairman Robert Meyers, Election Commission Administrator Richard Holden.
Tennessee Bureau of Investigations Director Mark Gwyn.

This writer contends that the above agencies, and other agencies unknown at this time, had to be in collusion for multiple fraudulent felony numbers to successfully appear into Tennessee computer database systems.

**This complainant is filing this State of Tennessee Title III complaint as an individual citizen but I am strongly advising that many more citizens may have just as easily been disenfranchised this very same way and time frame!**

I am also respectfully requesting that the current Shelby County Mayor, Luttrell, and Memphis Mayor, Wharton, with the county commissioners and city counsel members, also join this complaint for the citizens of Memphis and Shelby County.

MY COMMISSION EXPIRES APRIL 1, 2017

LEAH FOX
STATE OF TENNESSEE
NOTARY PUBLIC
COUNTY OF SHELBY