

# STATE OF TENNESSEE
## TITLE III HELP AMERICA VOTE ACT (HAVA)
## COMPLAINT FORM

*This complaint form is for violations of Title III of HAVA that you believe has occurred, is occurring or is about to occur.*

Check which of the following best describes the reason you believe a Title III violation occurred, is occurring or is about to occur?
- ☐ Voting machine/system(s)
- ☐ Accessibility for Individuals with Disabilities
- ☒ Provisional Voting or Voter Information
- ☒ Computerized Statewide Voter Registration List

(If your complaint does not involve one of the above topics, please complete a general complaint form.)

**Instruction/checklist:** The following information is required in order for the complaint to be processed. Please **PRINT**.

- Complete all information. Failure to complete the required information will result in the complaint being dismissed.
- According to federal law, all HAVA complaints must be in writing and notarized. All complaints must be signed and sworn to by the person filing the complaint.
- You may attach any written material or other information that you believe is relevant to your complaint.
- This complaint is not confidential. Once filed with the Secretary of State, it will be treated as a public record and any decision will be published on the State's official website. You may request a hearing on the record.
- You will receive a written response within 90 days of the complaint being filed.

1. Complainant's Information:
   a. Complainant's Name: _Earlic (Earley) Story_
   b. Address: _4700 Gill_
   c. City _Memphis_, State _TN_ Zip Code _38109_
   d. Home phone number (_901_) _553-2294_ Business ( ) _____

2. What is the name (if applicable) and/or activity and the location of the Title III violation?
   a. Name of individual who violated Title III: _See attached_ (include in what capacity they served in relation to the violation)
   b. Activity which violated Title III: _Voter Fraud_
   c. Location of Title III violation: _Shelby County Election Commission_
   d. City, County, State and Zip Code where violation occurred, is occurring or will occur: _Memphis TN, Shelby County 38103_

3. What date(s) did the alleged violation take place? _See Attached_

4. In your own words, describe the Title III violation. Explain what happened, where it happened and who you believe is responsible. _See Attached_

    PLEASED SEE THE ATTACHED PAGES FOR THE NARRATIVE OF THIS COMPLAINT.
    ( APPROXIMATELY 12 PAGES OF RELEVANT WRITTEN MATERIALS ARE ALSO BEING SUBMITTED).

---

I declare under the penalty of perjury that the above information is true and correct.

_Earlie Story_     8-16-2014
Complaint's Signature     Date

**CERTIFICATION OF ATTESTATION**

State of Tennessee
County of _____

I, the undersigned, under the penalty of perjury, do swear or affirm that the information contained in this complaint is true and correct to the best of my knowledge.

_Earlie Story_
Complaint's signature

Before me personally appeared _Earlie Story_ whose signature appears above.

Sworn to and subscribed before me this ____, day of _August_ 20_14_

_Leah Fox_
Notary's signature and seal
MY COMMISSION EXPIRES APRIL 1, 2017

My commission expires: _____

Commission number: _____

(Seal: LEAH FOX — STATE OF TENNESSEE NOTARY PUBLIC — COUNTY OF SHELBY)

This form and/or information is available in alternative formats. To receive a copy contact the State Coordinator of Elections at (615) 741-7956.