# CERTIFICATE OF RESTORATION
### For Persons Convicted of a Felony After May 18, 1981
## STATE OF TENNESSEE
(To be eligible for voter registration, the person must be current in all child support obligations, if any.)

| |
|---|
| COMPLETED BY AN AGENT OF THE PARDONING AUTHORITY, AN AGENT OR OFFICER OF THE INCARCERATING AUTHORITY, OR A PROBATION/PAROLE OFFICER OR AGENT OF THE SUPERVISING AUTHORITY: |

1. I, hereby certify that the following information is true and correct:
   a. Applicant's Name: __EARLIE STORY a/k/a EARLEY STORY__
   b. Applicant's County of Residence: __SHELBY__
   c. Felony Conviction: __#97-08560 (MANUF/DEL/SEL CONTROL SUBSTANCE)__
   d. Mo/Day/Yr. of Conviction: __1-31-2000__
   e. Date of Birth: __1953__     f. Soc. Sec. No.: __-6371__

2. On the __31ST__ day of __JANUARY__, __2001__

3. **CHECK ONE**

   ☐ The above individual received a pardon which contained no special conditions pertaining to the right of suffrage. A copy of said pardon is attached hereto; or

   ☐ The maximum sentence imposed for such infamous crime has been served by the above individual; or

   ▶ The maximum sentence imposed for such infamous crime has expired; or

   ☐ The above individual has been granted final release from incarceration or supervision by the Board of Probation and Parole, the Department of Correction, or county correction authorities.

4. _[signature]_     __10-7-2008__
   SIGNATURE     DATE OF SIGNATURE

   __Richard L. DeSaussure__     __Staff Attorney__
   PRINTED NAME     TITLE
   **CRIMINAL COURT CLERK'S OFFICE**
   __201 Poplar Avenue, 4th Floor, Memphis, TN 38103__     __(901) 545-5001__
   ADDRESS     DAYTIME PHONE NUMBER

| |
|---|
| COMPLETED BY THE CIRCUIT/CRIMINAL COURT CLERK, OR AGENT THEREOF: |

5. I hereby certify that the following information is true and correct:     **(CHECK ONE)**

   ▶ The court did not order the above individual to pay any restitution as a part of his or her sentence; or

   ☐ All of the restitution ordered by the court as a part of the sentence for the above individual has been paid.

6. _[signature]_     __10-7-2008__
   SIGNATURE     DATE OF SIGNATURE

   __Richard L. DeSaussure__     __Staff Attorney__
   PRINTED NAME     TITLE
   **CRIMINAL COURT CLERK'S OFFICE**
   __201 Poplar Avenue, 4th Floor, Memphis, TN 38103__     __(901) 545-5001__
   ADDRESS     DAYTIME PHONE NUMBER

RNI - 245481

SS-3041 (Rev. 6/06)     **SEE REVERSE FOR INSTRUCTIONS**     Elections Division RDA S836-1

**STORY, EARLEY**
**FEL365790**

Security: [ ]
Cancelled; Verify Addr.

Last Changed: 1/31/2000
Federal Voter: [ ]

| ID Number: | Application Source: | Means of Regist: | Registered: | Status - Reason: |
|---|---|---|---|---|
| FEL365790 | | | | Ineligible - Felon |
| | | | | 1/31/2000 MANUF DEL/SELL |

| Title: | Last Name: | First Name: | Middle Name: | Suffix: | Maiden Name: | |
|---|---|---|---|---|---|---|
| | STORY | EARLEY | | | | Verify |

| House #: | 1/2 | Street Name: | Unit: | Unit #: | City: | | State: | Zip Code: |
|---|---|---|---|---|---|---|---|---|
| 4700 | | GILL RD | | | MEMPHIS | | TN | 38109 |

| Address Line 2: | Mail Addr Line 1: | Mail City: | State: | Mail Zip: | Mail Country: |
|---|---|---|---|---|---|
| | | | | | |

| Birthdate: | Place of Birth: | Social Sec.: | Driver's Lic.: | Sex: | Race: | Language: | Assistance: |
|---|---|---|---|---|---|---|---|
| 1953 | | -6371 | | M | Black | | |

Political Party: 
Phone:  U: [ ]
Last Voted:
[ ] Must Vote In Person
[ ] Poll Worker Interest
[ ] Poll Worker

Precinct Split:

[Insert] [Clear]

[New Voter] [Delete Voter]   [OK]   [Cancel]

**STORY, EARLEY**
**FEL148032**
Security:
Cancelled; Verify Addr.
Last Changed: 10/19/04 9:53:49 AM
Federal Voter: ☐

| Field | Value |
|---|---|
| ID Number: | FEL148032 |
| Application Source: | |
| Means of Regist: | |
| Registered: | |
| Status - Reason: | Ineligible - Felon |

1/31/00 MANUF DEL/SELL C

| Title | Last Name | First Name | Middle Name | Suffix | Maiden Name |
|---|---|---|---|---|---|
| | STORY | EARLEY | | | |

Verify

| House #: | 1/2 | Street Name: | Unit: | Unit #: | City: | State: | Zip Code: |
|---|---|---|---|---|---|---|---|
| 4700 | | GILL RD | | | MEMPHIS | TN | 38109 |

| Address Line 2: | Mail Addr Line 1: | Mail City: | State: | Mail Zip: | Mail Country: |
|---|---|---|---|---|---|
| | | | | | |

| Birthdate: | Place of Birth: | Social Sec.: | Driver's Lic.: | Sex: | Race: | Language: | Assistance: |
|---|---|---|---|---|---|---|---|
| 1953 | | | | M | Black | | |

| Political Party: | Phone: | U: ☐ | Last Voted: | | |
|---|---|---|---|---|---|
| | | | | ☐ Poll Worker Interest | |
| Precinct Split: | | | ☐ Must Vote In Person | ☐ Poll Worker | |

Insert
Clear

New Voter   Delete Voter                                              Cancel

**STORY, EARLEY**
0919110

Security: Not Restricted
Cancelled

Last Changed: 10/19/2004 9:51:46 A

Federal Voter: ☐

| Field | Value |
|---|---|
| ID Number: | 0919110 |
| Application Source: | |
| Means of Regist: | |
| Registered: | 9/1/1979 |
| Status - Reason: | Cancel - Convicted Felon  4/26/2002 |
| Title: | |
| Last Name: | STORY |
| First Name: | EARLEY |
| Middle Name: | |
| Suffix: | |
| Maiden Name: | |
| House #: | 4700 |
| 1/2: | |
| Street Name: | GILL DR |
| Unit: | |
| Unit #: | |
| City: | MEMPHIS |
| State: | TN |
| Zip Code: | 38109-6716 |
| Address Line 2: | |
| Mail Addr Line 1: | |
| Mail City: | |
| State: | |
| Mail Zip: | |
| Mail Country: | |
| Birthdate: | /1953 |
| Place of Birth: | SHELBY |
| Social Sec.: | -6371 |
| Driver's Lic.: | |
| Sex: | M |
| Race: | Black |
| Language: | |
| Assistance: | |
| Political Party: | Non-Partisan |
| Phone: | |
| Last Voted: | 07-Nov-00 |
| Must Vote In Person: | ☐ |
| Poll Worker Interest: | ☐ |
| Poll Worker: | ☐ |
| Precinct Split: | 07606-I |

[Buttons: Insert, Clear, New Voter, Delete Voter, OK, Cancel]