Earley Story

v

Tre Hargett,
et al

**S. THOMAS ANDERSON**

Earley Story

v

Tre Hargett,
et al

**TU M. PHAM**