IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EARLEY STORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRE HARGETT, in his official capacity of ) Tennessee Secretary of State, RICHARD ) HOLDEN, in his official capacity as ) Administrator of Elections for Shelby County, ) Tennessee, MARC GOINS, in his official ) capacity as Tennessee Coordinator of ) Elections, and CARA HARR, in her official ) capacity as HAVA Attorney for the Tennessee ) Secretary of State, ) ) Defendants. ) | Case No. 2:15-cv-2540-JDT |

## DEFENDANTS' MOTION TO DISMISS

# EXHIBIT 1 –
# Voter Registration Record for Earley Story

```
Page: 1  Document Name: untitled

09/23/15                          STATE OF TENNESSEE
                       AUTOMATED ELECTORAL SYSTEM - VOTER SSN INQUIRY

           NAME: STORY                       EARLIE
            SSN: [REDACTED]                STATUS: A ACTIVE      STAT-DT: 10/29/2012
         COUNTY: 79 SHELBY                VOTER-ID: 900336631    PURG-RSN:
    VOTER-TYPE: R RESIDENT           DT-REGISTERED: 03/27/2012
     BIRTH-LOC: SHELBY CO TN              BIRTH-ST:              BIRTH-DT: 10/14/1953
         GENDER: M                            RACE: B           ACTION-DT: 09/02/2015
      PHONE-NUM: [REDACTED]                  FELON:             ACTION-TME: 21:21:21
                                           HAVA-ID:          VOTE-IN-PERSON:

        ADDRESS: 4700 GILL DR

                 MEMPHIS                     TN  38109-0000
      MAIL ADDR:

                                                 00000-0000

    CO-DIST    PRECINCT    WARD    JUDICIAL   HOUSE   SENATE   CONGRESS   SPECIAL
      09         7606      076        30       085      29       09         06

                                                                         PF2: MENU
    SEL:    SSN:            VOTR-CO:    ID:             TYPE:   PF7: BACK PF8: NEXT
    MORE REGISTRATION
```

Date: 9/23/2015 Time: 3:08:54 PM