UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

RECEIVED

2015 OCT 16  AM 11: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

Earley Story
Plaintiff,
vs
Tre Hargett, Secretary of the State of Tennessee
Richard Holden, Shelby County Election Commission
Mark Goins, Tennessee Election Coordinator
Cara Harr, Tennessee HAVA Attorney

Civil Action No. 15-2540-JDT tmp

REQUEST TO DENY THE STATE'S MOTION TO DISMISS THIS CASE

This plaintiff respectfully request this court to deny the motion of the State of Tennessee to dismiss for the following reasons;
This plaintiff retained the services of Memphis process server Djenada M. Dunlap, Mid-America Training Center and Nashville process server Ricky Cooper of Just In Case Process Service Co.
The proper court summons was delivered to both servers and were paid their service fee.
Both servers returned defective proof of service documents to this writer and served correct summons to the Tennessee Attorney General's Office.
A complaint has been filed with the United States Department of Justice, Attorney General Loretta Lynch. ( assigned ID # 309872).
Process server Ricky Cooper signed the federal proof of service form and declared under the penalty of perjury that no fee was given to him his service.
Enclosed is a copy of the payments made to both servers.
Enclosed also are the summons that were returned to this plaintiff.
I have paid the required $400. 00 filing fee and I pray that this court will not dismiss this case prior to a possible investigation by the USDOJ.

Earley Story
4700 Gill Rd
Memphis, TN 38109

*(signature)*

cc:  United States Department of Justice
cc: Racheal Davis, Tennessee Attorney General's Office