

NASHVILLE TN 370
02 OCT 2015 PM 5 L

EARLEY STORY
4700 GILL STREET
E, PHIS, TN. 38109

3810967160C

Served By
TRI-STATE Investigations
533 Church Street. # 247
Nashville, TN 37219
615-517-0848

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| Earley Story<br>_Plaintiff(s)_<br>v.<br>Tre Hargett, Secretary of the State of Tennessee<br>Richard Holden, Shelby County Election Commission<br>Mark Goins, Tennessee Election Coordinator<br>Cara Harr, Tennessee HAVA Attorney<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 15-2540-JDT tmp |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Tre Hargett
312 Rosa L. Parks Avenue
Nashville,TN.37243-1102
6th Floor, Snodgrass Tower

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Earley Story
4700 Gill RD
Memphis TN. 38109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____      _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ike Harsett

was received by me on *(date)* 9-18-15 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Racheal Davis , who is
designated by law to accept service of process on behalf of *(name of organization)* Attorney General Office on *(date)* 9-21-15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-21-15

*Ricky Cooper*
Server's signature

Ricky Cooper    Process Server
Printed name and title

533 Church Street #247
Nashville, TN 37299
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| Earley Story <br> *Plaintiff(s)* <br> v. <br> Tre Hargett, Secretary of the State of Tennessee <br> Richard Holden, Shelby County Election Commission <br> Mark Goins, Tennessee Election Coordinator <br> Cara Harr, Tennessee HAVA Attorney <br> *Defendant(s)* | Civil Action No. 15-2540-JDT tmp |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cara Harr
312 Rosa L. Parks Avenue
Nashville TN. 37243-1102
6th Floor, Snodgrass Tower

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Earley Story
4700 Gill RD
Memphis TN. 38109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9-17-2015

CLERK OF COURT

S/ J Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CARA HARR**

was received by me on *(date)* **9-18-15**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Rachel Davis**, who is designated by law to accept service of process on behalf of *(name of organization)* **Attorney General's office** on *(date)* **9-21-15** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9-21-15**

*Ricky Cooper*
Server's signature

**Ricky Cooper   Process Server**
Printed name and title

**533 Church Street #247
Nashville, TN 37219**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

Earley Story

*Plaintiff(s)*

v.

Tre Hargett, Secretary of the State of Tennessee
Richard Holden, Shelby County Election Commission
Mark Goins, Tennessee Election Coordinator
Cara Harr, Tennessee HAVA Attorney

*Defendant(s)*

Civil Action No. 15-2540-JDT tmp

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mark Goins
312 Rosa L. Parks Avenue
Nashville TN. 37243-1102
6th Floor, Snodgrass Tower

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Earley Story
4700 Gill RD
Memphis TN. 38109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-17-2015

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-2540-JDT tmp

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark Goins**
was received by me on *(date)* **9-18-15**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Rachel Davis** _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* **Attorney General Office**
on *(date)* **9-21-15** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9-21-15**

*Ricky Cooper*
Server's signature

**Ricky Cooper     Process Server**
Printed name and title

**533 Church Street #247**
**Nashville, TN 37219**
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-2540-JDT tmp

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Richard Holden, Shelby County Election Commission
was received by me on *(date)* September 18, 2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Pam Crossno, Assistant, who is designated by law to accept service of process on behalf of *(name of organization)* Richard Holden of the Shelby County Election Commission, 980 Nixon Dr, Memphis, TN 38134 on *(date)* September 21, 2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 55.00 for services, for a total of $ 55.00 ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: 9/21/2015

*Server's signature*

Djenada M. Dunlap, PPS
*Printed name and title*

3385 Airways Blvd, Suite 119, Memphis, TN 38116
*Server's address*

Additional information regarding attempted service, etc:

**1st Attempt:** September 18, 2015 @ 1348hrs, 150 Washington Avenue, Suite 205, Memphis, TN 38103, clerk advised that Holden was not in the office.

**2nd Attempt:** September 21, 2015 @ 1016hrs, 150 Washington Avenue, Suite 205, Memphis, TN 38103, clerk advised that Holden was not in the office and was located in the East office.

**Successful Service:** September 21, 2015 @ 1038hrs, 980 Nixon Drive, Memphis, TN 38134, I spoke with Pam Crosno who advised that she was Holden's assistant and he was in a meeting. She further advised that she was authorized to accept service on his behalf.



## Mid-America Services Inc.

Djenada M Dunlap
3385 Airways Blvd
Suite 119
Memphis, TN 38116
US

Phone: 901-405-4817x00
Fax: 901-881-2984
info@midamericainc.net
www.midamericatrainingcenter.com

Invoice #: 7719
Invoice Date: 09/18/2015
Terms: Due on receipt
Due date: 09/18/2015

Amount due:
**$55.00**

**Bill To:**

Richard Holden
4700 Gill Road
Memphis, TN 38109
US

stor2452@bellsouth.net
9012770273

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Selby County Service of Process - Service on Richard Holden, 150 Washington Avenue, Suite 205, Memphis, TN 38103 | 1 | $65.00 | $65.00 |
| | | Subtotal | $65.00 |
| | | Other discount ($10.00) | -$10.00 |
| | | Shipping/handling | $0.00 |
| | | **Total** | **$55.00 USD** |