# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

EARLEY STORY,
    Plaintiff,

CASE NUMBER: 15-2540-JDT-tmp

TRE HARGETT, ET AL.,
    Defendants,

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 2/9/16, the Court ADOPTS the recommendation of the Magistrate Judge and GRANTS the Defendants' motion to dismiss. It is CERTIFIED, pursuant to Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Plaintiff would not be taken in good faith. Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED. Accordingly, if Plaintiff files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion for leave to appeal *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals.

**APPROVED:**

                                            **s/James D. Todd**
                                            JAMES D. TODD
                                            U. S. DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: S/Maurice Bryson**
**DEPUTY CLERK**